| | |
|---|---|
| JIMMY EDWARDS, ROBERT HUNT, ) <br> DOLORES HUNT, CLIFFORD MCKELLAR, JR., ) <br> and EMMA MCKELLAR, on behalf of themselves ) <br> and all others similarly situated, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CSX TRANSPORTATION, INC., ) <br> Defendant. ) | **JUDGMENT** <br><br> 7:18-CV-211-BO |
| ANTOINETTE MOORE, individually and on ) <br> behalf of all others similarly situated, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CSX TRANSPORTATION, INC., ) <br> Defendant. ) | 7:18-CV-177-BO |
| WEST LUMBERTON BAPTIST CHURCH, ) <br> CURRIE CHAINSAW, INC., C.J.M. VENTURES, ) <br> INC., WILLIAM LOCKLEAR d/b/a ) <br> STRICKLAND'S BARBERSHOP, TBL ) <br> ENVIRONMENTAL LABORATORY, INC., ) <br> SAMMY'S AUTO SALES, INC., LINDA ) <br> SAMPSON, and ERIC CHAVIS, individually and ) <br> on behalf of all others similarly situated, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CSX TRANSPORTATION, INC., ) <br> Defendant. ) | 7:18-CV-178-BO |

**Decision by Court.**
This matter is before the Court on defendant's motions to dismiss plaintiffs' complaint and amended complaint. [DE 23, 35]. Defendant has also moved for leave to file excess pages [DE 40] and plaintiffs have moved to appoint lead counsel and a steering committee for the putative class [DE 43].

**IT IS ORDERED, ADJUDGED AND DECREED** defendant's first motion to dismiss [DE 23] is DENIED AS MOOT, defendant's second motion to dismiss [DE 35] is GRANTED, defendant's motion for leave to file excess pages [DE 40] is GRANTED, and plaintiffs' motion to appoint lead counsel and a steering committee [DE 43] is DENIED AS MOOT. Plaintiffs' amended complaint is DISMISSED.

This case is closed.

**This judgment filed and entered on July 16, 2019, and served on:**
Matthew Schultz (via CM/ECF Notice of Electronic Filing)
William F. Cash, III (via CM/ECF Notice of Electronic Filing)
Danielle L. Perry (via CM/ECF Notice of Electronic Filing)
Gary E. Mason (via CM/ECF Notice of Electronic Filing)
Gregory F. Coleman (via CM/ECF Notice of Electronic Filing)
Jeremy Richard Williams (via CM/ECF Notice of Electronic Filing)
Lisa A. White (via CM/ECF Notice of Electronic Filing)
Matthew E. Lee (via CM/ECF Notice of Electronic Filing)
Scott C. Harris (via CM/ECF Notice of Electronic Filing)
William A. Ladnier (via CM/ECF Notice of Electronic Filing)
Daniel K. Bryson (via CM/ECF Notice of Electronic Filing)
Mark R. Sigmon (via CM/ECF Notice of Electronic Filing)
Martha A. Greer (via CM/ECF Notice of Electronic Filing)
Theodore J. Leopold (via CM/ECF Notice of Electronic Filing)
Adam J. Langino (via CM/ECF Notice of Electronic Filing)
Jay J. Chaudhuri (via CM/ECF Notice of Electronic Filing)
Henry Kitchin, Jr. (via CM/ECF Notice of Electronic Filing)
April N. Ross (via CM/ECF Notice of Electronic Filing)
Scott L. Winkelman (via CM/ECF Notice of Electronic Filing)

                                      PETER A. MOORE, JR., CLERK

July 16, 2019

                                     /s/Lindsay Stouch
                                     By: Deputy Clerk